[No. 37166-5-I.    Division One.    June 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS RYMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-00771-2, Stephen G. Scott, J., entered July 31, 1995. *Reversed* by unpublished per curiam opinion.

[No. 14086-5-III.    Division Three.    June 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN CAMPOS GUZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 90-1-50245-6, Fred R. Staples, J., entered May 10, 1994. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 14247-7-III.    Division Three.    June 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KLEBER V. QUEVEDO, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 94-1-00006-2, Michael E. Cooper, J., entered July 26, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Thompson, JJ.

[No. 14666-9-III.    Division Three.    June 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY ALAN FRIEL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-01074-4, Harold D. Clarke, J., entered January 13, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Thompson, JJ.